NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VALENCELL, INC.,**
*Appellant*

**v.**

**FITBIT LLC,**
*Appellee*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2021-2041

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-00319, IPR2017-01555.

---

**JUDGMENT**

---

WILLIAM GABRIEL PAGAN, Coats & Bennett, PLLC, Cary, NC, argued for appellant. Also represented by DAVID E. BENNETT.

NATHAN K. KELLEY, Perkins Coie LLP, Washington, DC, argued for appellee. Also represented by DAN L. BAGATELL, Hanover, NH; THERESA H. NGUYEN, Seattle, WA; JAMES M. GLASS, Quinn Emanuel Urquhart & Sullivan, LLP, New York, NY; SAM STEPHEN STAKE, OGNJEN ZIVOJNOVIC, San Francisco, CA.

KAKOLI CAPRIHAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by WILLIAM LAMARCA, FARHEENA YASMEEN RASHEED.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, DYK and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 7, 2023
Date

Jarrett B. Perlow
Clerk of Court